IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30167
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY RAY TURPEAU,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Western District of Louisiana
USDC No. 6:98-CR-60030-12

_____

October 9, 2000

Before JOLLY, HIGGINBOTHAM, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Timothy Ray Turpeau's court-appointed attorney has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Turpeau has received a copy of counsel's brief and motion and has filed a *pro se* response.

Our independent review of the brief, the record, and Turpeau's response discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.  Turpeau's requests for new counsel or, alternatively, an extension of time to file a *pro se* brief are DENIED.